■ KENNETH STARR, Appellant, v MICHELE STARR, Respondent. [661 NYS2d 566] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Cicoria, J. (Appeal from Judgment of Supreme Court, Livingston County, Cicoria, J.—Equitable Distribution.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.